```
       H1BHJABC

 1     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 2     ------------------------------x

 3     UNITED STATES OF AMERICA,

 4                v.                             13 CR 485 (CM)

 5
       FAOUZI JABER and ALI FAYAD,
 6
                                                 Conference
 7                  Defendant.

 8     ------------------------------x

 9                                               New York, N.Y.
                                                 January 11, 2017
10                                               4:05 p.m.

11
       Before:
12
                        HON. COLLEEN MCMAHON,
13
                                                 District Judge
14
                               APPEARANCES
15
       PREET BHARARA
16          United States Attorney for the
            Southern District of New York
17     GEORGE D. TURNER
            Assistant United States Attorney
18
       FEDERAL DEFENDERS OF NEW YORK
19          Attorneys for Defendant Jaber
       JONATHAN MARVINNY
20
       LOUIS G. ADOLFSON
21          Attorney for Defendant Fayad

22      ALSO PRESENT:   MARWAN ABDEL-RAHMAN, Interpreter (Levantine
       Arabic)
23

24

25

                       SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300
```

1              (Case called)
2              MR. TURNER:  Good afternoon.  George Turner for the
3    government.
4              THE COURT:  Good afternoon, Mr. Turner.
5              MR. MARVINNY:  Good afternoon.  Federal Defenders of
6    New York by Jonathan Marvinny.  I'm standing in for Sabrina
7    Shroff, who's on trial.
8              MR. ADOLFSON:  Judge, Louis Adolfson for Ali Fayad.
9              THE INTERPRETER:  Your Honor, can I have a minute to
10   fix the equipment?
11             THE COURT:  You certainly may have a minute to fix the
12   thing.
13             MR. TURNER:  Your Honor, I have not previously spoken
14   to --
15             THE COURT:  Hang on.  Hang on.  We're going to fix
16   this up.
17             MR. TURNER:  It is a 13 CR.
18             THE DEPUTY CLERK:  Start from the top, Judge.
19             THE COURT:  We've got the appearances.
20             So here we are.  What's going on, Mr. Turner?
21             MR. TURNER:  Your Honor, there were three defendants
22   indicted in this case.  The only defendant who is here is
23   Mr. Jaber.  He was extradited in April of this past year, 2016.
24   Discovery has been produced, and it was the government's
25   intention to ask for at least a motion schedule today from the

1  Court.
2          As I understand it, Mr. Adolfson represents Ali Fayad,
3  who is one of the other two defendants in this case.  An
4  extradition request for the other two defendants is pending and
5  has been pending for some time.  Those two defendants are in
6  Lebanon, your Honor.
7          THE COURT:  Hi, counsel.  How are you?
8          MR. ADOLFSON:  Well, your Honor.
9          THE COURT:  But your client is not here?
10         MR. ADOLFSON:  He's not here.  He's not here.  His
11 extradition was denied by the Czech Republic, and he was sent
12 to Lebanon.  My understanding, Mr. Turner, was that the
13 Lebanese government, which does not have an extradition treaty
14 with the United States but, nonetheless, complies with
15 requests, has denied extradition.
16         THE COURT:  Has what?
17         MR. ADOLFSON:  Denied extradition.
18         THE COURT:  Well, I'm going forward with Mr. Fayad.
19 I'm sorry.  Going forward with Mr. Jaber on the theory I have
20 one defendant here.  I don't have the two other defendants.
21 I'm not waiting for them.
22         MR. TURNER:  Particularly given the timing and the
23 long period of time that the extradition requests have been out
24 there, your Honor, the government agrees with that approach.
25         THE COURT:  Right.

1        MR. ADOLFSON:  Your Honor, can I be heard briefly?
2        THE COURT:  On that?
3        MR. ADOLFSON:  No, not on that subject.
4        THE COURT:  What would you like me to do?
5        MR. ADOLFSON:  I've tried once before, and I'm
6   required to tell you.  Once before I was in the Southern
7   District for Mr. Fayad when he was in the Czech Republic, and I
8   asked Judge Castel, he was on Part 1, to issue an order
9   directing the U.S. Attorney's Office to appear for deposition
10  in Lebanon.  He denied my request and said that he had no
11  jurisdiction because Mr. Fayad was not here and that I should
12  inform any judge of his decision.  So I'm informing you right
13  now that that happened.
14       THE COURT:  Fine.  Let's talk about what this case is
15  really about.  This case is about Mr. Jaber.  It's not about
16  anybody else or anything else.  I realize Ms. Shroff is the
17  lawyer on the case, but I have to set a motion schedule and
18  this case has to start to move.
19       MR. MARVINNY:  That's fine, Judge.
20       THE COURT:  It's a very old case.  Do you have any
21  idea, Mr. Marvinny, what motions Ms. Shroff might be
22  contemplating?
23       MR. MARVINNY: I'm sorry.  I'm sorry, your Honor.  I
24  don't.  I know she asked for a motion schedule.
25       THE COURT:  I'm comfortable setting one.  I'm not

1     comfortable not setting one.  So she's currently on trial.  Do
2     we know how long that's going to be?
3              MR. MARVINNY:  Supposed to be a two- to three-week
4     trial, your Honor.  It started on Monday.
5              THE COURT:  All right.  Defense motions by
6     February 10.  Government response by March 3.  Defense reply by
7     March 10.
8              THE DEPUTY CLERK:  Let's pop it on for March 23 at
9     3:45.
10             THE COURT:  Thursday, March 23, at 3:45.  Time
11    excluded in the interest of justice, the defendant's interest
12    in a speedy trial being outweighed by the need or desire of his
13    counsel to make motions to the Court.  And, obviously, that's
14    all statutorily excluded time.
15             MR. MARVINNY:  Yes, your Honor.  May I have one moment
16    before you adjourn this?
17             THE COURT:  Of course.
18             MR. MARVINNY:  Thank you.
19             (Pause)
20             MR. MARVINNY:  Your Honor.
21             THE COURT:  Yes.
22             MR. MARVINNY:  I think Mr. Jaber wishes to address the
23    Court.  I think it's not consistent with my advice, but I don't
24    think he's going to be doing himself any harm.  I believe he
25    wants to represent to the Court that the other two defendants

1    have been released and are free in Lebanon.
2              THE DEFENDANT:  The Lebanese Minister of Justice
3    refused to surrender the two other defendants to the United
4    States government.  They set them free in Lebanon.  And the
5    brother of Fayad also was released.  He was one of the
6    kidnappers or the hijackers.
7              THE COURT:  Okay.  Then, Mr. Jaber, you'll just have
8    to face this all by yourself, because I'm not releasing you
9    until after your trial and you're acquitted.
10             THE DEFENDANT:  Of course.
11             THE COURT:  So the fate of the other gentlemen is
12   really of no particular interest to me.  This is your case, and
13   yours alone, as far as I'm concerned.
14             MR. MARVINNY:  Thank you, your Honor.
15             THE DEFENDANT:  I just wanted to save the Court some
16   time by bringing this information to the Court's attention.
17             THE COURT:  Thank you.  Fortunately, all my time is
18   for Mr. Jaber.  Great.
19             (Adjourned)