

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 26, 2014

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>**United States** v. **Ali Fayad, et al.**</u>, S1 13 Cr. 485

Dear Judge Netburn:

      The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced indictment, S1 13 Cr. 485, and related arrest warrants for Ali Fayad, Faouzi Jaber, and Khaled El Merebi. We request that the indictment and warrants be unsealed for the limited purpose of providing the indictment and warrants to foreign and domestic law enforcement authorities in connection with a request to the Czech Republic for the defendants' arrest and extradition. We request that the indictment otherwise remain sealed until further order of the Court, because the defendants charged in the indictment have yet been apprehended.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney for the
      Southern District of New York

By:    _____
      Andrea L. Surratt
      Assistant United States Attorney
      (212) 637-2493

SO ORDERED:

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE

3/27/14