

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2016

The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Ali Fayad, et al., S1 13 Cr. 485**

Dear Judge Maas:

    The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced indictment, S1 13 Cr. 485, and related arrest warrants for Ali Fayad, Faouzi Jaber, and Khaled El Merebi. We request that the indictment and warrants be unsealed for the limited purpose of providing the indictment and warrants to foreign and domestic government authorities in connection with a request for the defendants' arrest and extradition. We request that the indictment otherwise remain sealed until further order of the Court.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney for the
    Southern District of New York

By:    _____
    Andrea L. Surratt
    Assistant United States Attorney
    (212) 637-2493

SO ORDERED:

_____ 2/8/16
HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE